IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**FRANK SIVORI**     **PLAINTIFF**

v.     No. 4:10CV8-MPM-JMV

**DEPUTY COMMISSIONER EMMITT**
**SPARKMAN, ET AL.**     **DEFENDANTS**

Consolidated With

**FRANK SIVORI**     **PLAINTIFF**

v.     No. 4:16CV74-MPM-JMV

**DEPUTY COMMISSIONER EMMITT**
**SPARKMAN, ET AL.**     **DEFENDANTS**

**ORDER *DISMISSING AS MOOT* PLAINTIFF'S MOTION [131] TO SUPPLEMENT HIS MOTION [114] FOR RELIEF FROM JUDGMENT OR ORDER**

This matter comes before the court on the plaintiff's motion [131] to supplement his motion [114] for relief from judgment or order. As the instant motion [114] was terminated by the court's May 26, 2021, order [130] (which denied or dismissed as moot several motions), the instant motion [131] to supplement is **DISMISSED as moot**. As the plaintiff' motion [135] in the companion case (4:16CV74-MPM-JMV) is identical to the present motion, it is also **DIMISSED as moot.**

**SO ORDERED**, this, the 27th day of July, 2021.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI