IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**FRANK SIVORI**     **PLAINTIFF**

v.     No. 4:10CV8-MPM-JMV

**DEPUTY COMMISSIONER EMMITT SPARKMAN, ET AL.**     **DEFENDANTS**

**Consolidated With**

**FRANK SIVORI**     **PLAINTIFF**

v.     No. 4:16CV74-MPM-JMV

**DEPUTY COMMISSIONER EMMITT SPARKMAN, ET AL.**     **DEFENDANTS**

### ORDER *DISMISSING AS MOOT* PLAINTIFF'S MOTIONS [137 – LEAD CASE], [141 – COMPANION CASE] TO DISMISS EARLIER MOTIONS [114 – LEAD CASE], [118 – COMPANION CASE] FOR RELIEF FROM JUDGMENT

This matter comes before the court on the plaintiff's motions [137 – lead case], [141 – companion case] to dismiss without prejudice his earlier motions [114 – lead case], [118 – companion case] for relief from judgment or order. The plaintiff has alleged that the defendants have violated his right to freely exercise his religion by failing to provide him with an appropriate religious diet. Mr. Sivori notes in the instant motion that the prison's food service contract with the current provider is set to expire, and he believes it is pragmatic to dismiss the current motions without prejudice. As the court has already denied the earlier requests for relief from judgment, the present motions [137 – lead case], [141 – companion case] seeking to dismiss the earlier requests are **DISMISSED** as moot.

**SO ORDERED**, this, the 18th day of August, 2021.

/s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI